JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHAWNA DOTTIN,<br><br>   Plaintiff,<br><br> v.<br><br>ALLIED INTERSTATE, INC.,<br><br>   Defendant. | Case No.: 09-cv-07075-R<br><br>**ORDER ENTERING JUDGMENT** |

On January 22, 2010, Plaintiff, SHAWNA DOTTIN (Plaintiff), filed an acceptance of Defendant's, ALLIED INTERSTATE, INC.'S (Defendant), Offer of Judgment (Document #6). The accepted Offer of Judgment states Plaintiff will receive $400.00 for alleged damages, $2,150.00 in attorneys' fees, and $350.00 in costs. *Id*. Pursuant to Federal Rule of Civil Procedure 68, the Court enters judgment against Defendant in the sum of $400.00 for alleged damages, $2,150.00 in attorneys' fees, and $350.00 in costs.

**IT IS ORDERED**

Dated: January 25, 2010

              _____
              Manuel L. Real
              United States District Judge